UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUIGGI PERDOMO, on his own behalf
and others similarly situated,

               Plaintiff,

vs.                                       Case No. 2:05-cv-371-FtM-33SPC

FUTURECOMM, LLC, a Florida Limited
Liability Corporation,

               Defendant.
_____

### ORDER

This cause comes before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice (Doc. # 20) filed on January 17, 2006. The parties seek an Order dismissing the above styled matter with prejudice.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

1. Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), this case is **DISMISSED WITH PREJUDICE**. The Clerk shall enter judgment accordingly.

2. The Clerk is further directed to terminate any previously scheduled deadlines and pending motions, and close the file.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida, this 18th day of January, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: counsel of record